UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERNARD ELLIS,<br><br>           Petitioner,<br><br>     v.<br><br>UNITED STATES OF AMERICA,<br><br>           Respondent. | Case No. ED CV 14-269-PA (PJW)<br><br>J U D G M E N T |

For the reasons set forth in the order filed this date, it is hereby adjudged and decreed that the Petition is DISMISSED WITH PREJUDICE.

DATED: February 26, 2014.

PERCY ANDERSON
UNITED STATES DISTRICT JUDGE

C:\Temp\notesD30550\Judgment.wpd